UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN L. THOMAS,<br><br>               Petitioner,<br><br>  v.<br><br>STEVE SINCLAIR,<br><br>               Respondent. | Case No. C08-1830-RSL<br><br>**ORDER DISMISSING FEDERAL HABEAS PETITION WITHOUT PREJUDICE** |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's answer thereto, the Report and Recommendation of Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's federal habeas petition (Dkt. No. 7), and this action, are DISMISSED without prejudice for failure to exhaust state court remedies.

(3) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Tsuchida.

Dated this 3rd day of November, 2009.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DISMISSING PETITION